CASD Pro Se Non-Prisoner Form (Rev. 5/24) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
Southern District of California



FILED
May 12 2025
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY  s/ AlejandraIslas  DEPUTY

EDWARD MEDINA

Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

FRESINUS KIDNEY CARE
EMMANUEL

Defendant(s)
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No. **'25CV1211 RBM DEB**
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☐ Yes ☑ No

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: EDWARD MEDINA
Street Address: 4470 ALVARADO CANYON RD APT 309
City and County: SAN DIEGO    SAN DIEGO
State and Zip Code: CA    92120
Telephone Number: (619) 930-3868
E-mail Address: EDDIEBORIMEDINA@GMAIL.COM

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

1

Defendant No. 1

    Name: FRESENIUS KIDNEY CARE
    Job or Title (if known): DIALYSIS
    Street Address: 5961 UNIVERSITY AVE. SUITE 317
    City and County: SAN DIEGO   SAN DIEGO
    State and Zip Code: CA   92115
    Telephone Number: (619) 286-0821
    E-mail Address (if known):

Defendant No. 2

    Name:
    Job or Title (if known):
    Street Address:
    City and County:
    State and Zip Code:
    Telephone Number:
    E-mail Address (if known):

Defendant No. 3

    Name:
    Job or Title (if known):
    Street Address:
    City and County:
    State and Zip Code:
    Telephone Number:
    E-mail Address (if known):

Defendant No. 4

    Name:
    Job or Title (if known):
    Street Address:
    City and County:
    State and Zip Code:
    Telephone Number:
    E-mail Address (if known):

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal Question     ☑ Diversity of Citizenship     ☐ U.S. Government Defendant

Fill out the paragraphs in this section that apply to this case.

**A. If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

_____
_____

**B. If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

    a. If the plaintiff is an individual
    
    The plaintiff, *(name)* EDWARD MEDINA, is a citizen of the State of *(name)* CALIFORNIA. Or is a citizen of *(foreign nation)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual
    
    The defendant, *(name)* FRESENIUS KIDNEY CARE, is a citizen of the State of *(name)* CALIFORNIA. Or is a citizen of *(foreign nation)* _____.

    b. If the defendant is a Limited Liability Company (LLC)
    
    The defendant LLC's individual members, *(names)* _____
    
    are citizens of the following States or foreign nations *(names)*:
    
    _____.

3

      c.    If the defendant is a corporation

           The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

           Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

**OF SEXUAL HARRASSMENT**

## III. Venue

The Southern District of California includes the Counties of San Diego and Imperial. If <u>one</u> of the venue options below applies, the Southern District is the correct place to file your lawsuit.

Venue is appropriate in this Court because *(check all that apply)*:

- [x] a substantial part of the events I am suing about occurred in San Diego or Imperial County
- [x] a substantial part of the property I am suing about is located in San Diego or Imperial County
- [ ] I am suing the U.S. government, federal agency, or a federal official in his/her/their official capacity <u>and</u> I live in San Diego or Imperial County
- [ ] at least one defendant resides in this district and all other defendants reside in California
- [ ] Other (identify the specific statute that says venue is proper here):

_____.

IV.     **Statement of Claim(s)**

Write a short and plain statement of each claim or legal cause of action you believe entitles you to relief. In your own words, briefly explain what each defendant did, when and where they did it, and how each defendant's acts or omissions caused you harm. If you wish to make more than one claim for relief, number each one and include a short and plain statement of each claim in a separate paragraph, as set forth below. Attach additional pages if needed.

A.   FIRST CLAIM FOR RELIEF: __SEXUAL HARRASSMENT__ (identify the law or right you claim was violated), by __EMMANUEL__

(name the defendant(s) involved).

Supporting Facts: (explain what happened): I walk into the clinic, I sit down and I wait for my name to be called. Once he calls me, I wheel myself to the door. That is when he grabbed my right titty. I go down to the scale, he grabs my titties again. Before I go to my chair we tell him to stop and that's not good to do and inappropriate. we go to the chair and sit down to get connected and he grabs my titties again and called me Fat Ass.

He has been doing this from February 1st to April 12th.

## IV. Statement of Claim(s) (cont'd)

B.  SECOND CLAIM FOR RELIEF: _____ (identify the law or right you claim was violated), by _____ (name the defendant(s) involved).

Supporting Facts: (explain what happened):_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____.

C.  THIRD CLAIM FOR RELIEF: _____ (identify the law or right you claim was violated), by _____ (name the defendant(s) involved).

Supporting Facts: (explain what happened):_____

_____

_____

_____

_____

_____

_____.

CASD Pro Se Non-Prisoner Form (Rev. 5/24) Complaint for a Civil Case

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.

☑ Money damages in the amount of: $75,000.

☑ Other (explain): Emotional, physical, and mental

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) the claims, defenses, and other legal contentions are warranted by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law or for establishing new law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the denials of factual contentions are warranted on the evidence or, if specifically so identified, are reasonably based on belief or lack of information.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: May 12, 2025

Plaintiff's Signature:

Plaintiff's Printed Name: EDWARD MEDINA